IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE RAUCEO,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILADELPHIA GAS WORKS,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 19-04279 |

# **ORDER**

**AND NOW**, this 28th day of December 2020, it is hereby ORDERED that Plaintiff's Motion to Disqualify the Court, (ECF No. 28), is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.