# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WAYNE RAUCEO,

     *Plaintiff,*

    v.

PHILADELPHIA GAS WORKS,

     *Defendant.*

CIVIL ACTION
NO. 19-4279

## ORDER

**AND NOW**, 25th day of January 2021, upon consideration of Plaintiff's January 25 letter request, it is **ORDERED** that the request is **GRANTED**. Plaintiff shall file a response to Philadelphia Gas Works's Motion for Summary Judgment (ECF No. 38) and Motion for Protective Order (ECF No. 39) on or before **Tuesday, February 9, 2021.** Defendants shall file a reply on or before **Tuesday, February 23, 2021.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1