IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE RAUCEO,  *Plaintiff,*  v.  PHILADELPHIA GAS WORKS,  *Defendant.* | CIVIL ACTION  NO. 19-4279 |

## ORDER

**AND NOW**, this 10th day of June 2021, upon consideration of Philadelphia Gas Works' Motion for Summary Judgment (ECF 38), Rauceo's Response (ECF 45) and PGW's Reply (ECF 47), and having heard oral argument on the Motion (ECF 52), it is hereby **ORDERED** that the Motion is **GRANTED**.  Judgement is entered in favor of PGW and against Rauceo on all claims.  The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.